# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE McDADE,<br><br>    Petitioner,<br><br>vs.<br><br>LYDIA HENSE,<br><br>    Respondent.<br>_____/ | 1:09-cv-0059 WMW (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   March 5, 2009**          /s/  **William M. Wunderlich**
                                                                      UNITED STATES MAGISTRATE JUDGE