1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  WILLIE McDADE,                              1:09-cv-00059-LJO DLB (HC)

10                     Petitioner,            ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATION, DISMISSING
11        v.                                  PETITION FOR WRIT OF HABEAS CORPUS
                                              WITHOUT PREJUDICE, AND DIRECTING
12  LYDIA HENSE,                              CLERK OF COURT TO TERMINATE
                                              ACTION
13
                       Respondent.           [Doc. 13]
14  _____/

15
16        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
17  pursuant to 28 U.S.C. § 2254.
18        On November 16, 2009, the Magistrate Judge issued Findings and Recommendation that
19  the Petition for Writ of Habeas Corpus be DISMISSED for failure to exhaust the administrative
20  remedies.  This Findings and Recommendation was served on all parties and contained notice
21  that any objections were to be filed within thirty (30) days of the date of service of the order.
22  Over thirty (30) days have passed and no party has filed objections.
23        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted
24  a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the
25  Findings and Recommendation is supported by the record and proper analysis.
26  ///
27  ///
28

1

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendation issued November 16, 2009, is ADOPTED IN FULL;

2.      The Petition for Writ of Habeas Corpus is DISMISSED without prejudice; and

3.      The Clerk of the Court is DIRECTED to close this action.  This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:**    **April 15, 2010**                    **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE